UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Villagomez, Daniel | Docket No. | 0980 2:21CR00136-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Daniel Villagomez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 18th day of January 2022, under the following conditions:

**Additional Condition #11:** Inpatient Treatment: Defendant shall immediately enter into and successfully complete an inpatient treatment program at Pioneer Center East. Pretrial Services will monitor Defendant while in treatment. Defendant shall comply with all directives of the U.S. Probation Officer. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Daniel Villagomez is alleged to have violated the conditions of pretrial release supervision by failing to successfully complete inpatient substance abuse treatment at Pioneer Center East on February 8, 2022.

On February 8, 2022, an employee with Pioneer Center East (PCE) contacted the undersigned officer to advise Mr. Villagomez aborted inpatient substance abuse treatment at PCE a few minutes earlier. According to the employee, Mr. Villagomez was observed exiting a fire escape gate on the PCE property and entered a car which proceeded to drive away. Due to Mr. Villagomez leaving PCE without permission, he was unsuccessfully discharged from this inpatient substance abuse treatment program.

Mr. Villagomez has absconded PCE and his current whereabouts is unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: February 8, 2022 |
| by | s/Erik Carlson |
| | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Villagomez, Daniel
February 8, 2022
Page 2

THE COURT ORDERS

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

2/9/2022
Date

## VIOLATION REPORT – REQUEST FOR A WARRANT

| District/Office<br>Eastern District of Washington/Spokane | Charge(s) (Title, Section, and Description)<br>**Count 1**: 21 U.S.C. § 841(a)(1), (b)(1)(A) - Distribution of 50 Grams or More of Actual (Pure) Methamphetamine |
|---|---|
| Judicial Officer<br>The Honorable James A. Goeke<br>U.S. Magistrate Judge | |
| Docket Number (Year – Sequence No. – Def. No.)<br>2:21CR00136-SAB-1 | |

RECEIVED
Feb 09, 2022
CLERK, U.S. DISTRICT COURT

### DEFENDANT

| Name<br>Daniel Villagomez | Address<br>Unknown |
|---|---|

Your Honor,

On January 18, 2022, Mr. Villagomez appeared before the Court in custody for the purpose of a detention review hearing. The Court ordered Mr. Villagomez to be released from custody and enter inpatient substance abuse treatment at Pioneer Center East in Spokane, Washington, on January 19, 2022.

**COMPLIANCE WITH SUPERVISION CONDITIONS:**

Prior to February 8, 2022, Mr. Villagomez had been contacting the undersigned officer on a weekly basis from Pioneer Center East (PCE) to provide updates on his treatment progress and provided potential release plans.

As noted in the petition, on February 8, 2022, the undersigned officer was contacted by a staff member at PCE. The staff member advised Mr. Villagomez was observed exiting an outside gate on the grounds of PCE, he then entered a vehicle and drove away on February 8, 2022. The staff member believed the driver of the vehicle was Mr. Villagomez' girlfriend, Sydney Shay Dipaula.

It should be noted, the staff member also advised that earlier on February 8, 2022, Mr. Villagomez was under the impression he was going to a dental appointment on that date. However, the appointment was scheduled for February 9, 2022. Mr. Villagomez' girlfriend called PCE to inquire about the location of this dental appointment. The PCE staff member advised the undersigned officer that participants of the PCE program are not allowed to meet with friends, spouses, or family members while outside of the facility for medical appointments.

Mr. Villagomez absconded from PCE and his current whereabouts is unknown.

**DEFENDANT CHARACTERISTICS:**

Upon completion of inpatient substance abuse treatment, Mr. Villagomez was intending to either enter a sober living program or reside with his sister in Rock Island, Washington.

**RECOMMENDATION:**

Based upon the above-listed information, this officer respectfully recommends the Court issue a warrant requiring Mr. Villagomez to appear to answer to the allegation in the attached petition.

| Pretrial Services Officer<br><br>s/Erik Carlson<br>Erik Carlson, U.S. Probation Officer | Date<br><br>02/08/2022 | |
|---|---|---|
| Reviewed By<br><br>s/Jose Zepeda<br>Jose Zepeda, Supervisory U.S. Probation Officer | | |